# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WESLEY PAGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANKSOUTH MORTGAGE COMPANY, LLC, and DOVENMUEHLE MORTGAGE, INC.,<br><br>　　　　Defendants. | Case No.: 1:25-cv-03437-SEG-JSA |

## NOTICE OF SETTLEMENT

Plaintiff, Wesley Page, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal with prejudice upon completion of the related settlement documentation.

Dated: October 17, 2025.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/John A. Love
　　　　　　　　　　　　　　　　　　　　John A. Love
　　　　　　　　　　　　　　　　　　　　GA Bar No. 459155
　　　　　　　　　　　　　　　　　　　　**LOVE CONSUMER LAW**
　　　　　　　　　　　　　　　　　　　　2500 Northwinds Parkway, Suite 330
　　　　　　　　　　　　　　　　　　　　Alpharetta, GA 30009
　　　　　　　　　　　　　　　　　　　　Telephone: (404) 855-3600
　　　　　　　　　　　　　　　　　　　　tlove@loveconsumerlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: October 17, 2025.                    */s/ John A. Love*
                                            John A. Love, Esq.
                                            *Counsel for Plaintiff*